## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JERRY A. MERCER, JR., AND JERRY A. MERCER, III,      :    No. 15 EAP 2022

         Appellees      :

             v.      :

MARTIN P. NEWELL, JR. AND ACTIVE RADIATOR REPAIR CO.,      :

         Appellants      :

## ORDER

**PER CURIAM**

    **AND NOW,** this 12th day of July, 2022, upon consideration of the Application of Appellees to Dismiss Appeal, and Appellant's answer concurring with that dismissal request, this appeal is **DISMISSED**. The matter is **REMANDED** to the Court of Common Pleas of Philadelphia County for further proceedings relative to Count I of Appellees' complaint. Consistent with Appellees' representations in their application to dismiss, the common pleas court is **ORDERED** to mark Count II, Count III, and Count IV of Appellees' complaint discontinued with prejudice.

    Jurisdiction is relinquished.